EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:                        | 2025 TSPR 84    |
|                                  |                 |
| Elizabeth M. Gómez Aponte        | 216 DPR ___     |

Número del Caso:  TS-20,635

Fecha:  21 agosto de 2025

Representante legal de la peticionaria:

    Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte*

Elizabeth M. Gómez Aponte          TS-20,635

Sala de Verano integrada por el Juez Asociado señor Colón Pérez como su Presidente, la Jueza Asociada Rivera Pérez y el Juez Asociado señor Candelario López

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de agosto de 2025.

Examinada la *Solicitud de reactivación al ejercicio de la abogacía y cambio de estatus de abogada activa en el Registro Único de Abogados y Abogadas y certificación de cumplimiento,* presentada por la Sra. Elizabeth M. Gómez Aponte, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la licenciada Gómez Aponte actualizar su información de contacto en el RÚA.

Se le apercibe a la licenciada Gómez Aponte que deberá cumplir con las seis (6) horas de educación jurídica continua sobre las nuevas *Reglas de Conducta Profesional de Puerto Rico* en o antes del 31 de diciembre de 2026.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo